# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN D. EVERETT,

        Plaintiff,

   v.

HAROLD CLARKE, et al.,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5026RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Plaintiff's motion (Dkt. #8) is GRANTED and the causes of action are DISMISSED without Prejudice.

April 18, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk